IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WENDY JOHANNSON, an individual,

    Plaintiff,

v.

WACHOVIA MORTGAGE, FSB fka WORLD SAVING BANK, FSB, DEREK WAYNE PHILLIPS, an individual dba DKP MORTGAGE, JOSEPH STEVEN CANTER, an individual, and DOES 1 to 100, inclusive,

    Defendants.

No. C 11-02822 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

On November 1, 2011, defendant Wachovia Mortgage filed a motion to continue the deadline for completion of mediation. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due November 15. None was filed. Accordingly, plaintiff Wendy Johannson is hereby **ORDERED TO SHOW CAUSE** why the motion should not be decided based on the moving papers. Plaintiff Johannson must file a written response to this order by **NOON ON NOVEMBER 23, 2011**. If no response is filed or if good cause is not shown, the motion may be decided on the moving papers. The motion hearing previously set for December 8, is **VACATED**.

    **IT IS SO ORDERED.**

Dated: November 21, 2011.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE