IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY JOHANNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WACHOVIA MORTGAGE FSB, formerly known as World Savings Bank FSB, DEREK WAYNE PHILIPS, doing business as DKP MORTGAGE, and JOSEPH STEVEN CANTER,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 11-02822 WHA<br><br>**ORDER REQUIRING DEFENDANT TO FILE DOCUMENT** |

In its motion for summary judgment, defendant Wachovia Mortgage cites to the "Kucsan Declaration." The record does not contain the "Kucsan Declaration." By **NOON TODAY, MAY 1**, defendant shall file the declaration.

**IT IS SO ORDERED.**

Dated: May 1, 2012.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE