IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WENDY JOHANNSON,

    Plaintiff,

v.

WACHOVIA MORTGAGE FSB, formerly known as World Savings Bank FSB, DEREK WAYNE PHILIPS, doing business as DKP MORTGAGE, and JOSEPH STEVEN CANTER,

    Defendants.

No. C 11-02822 WHA

**ORDER REQUIRING PLAINTIFF TO BRING SIGNED DECLARATION TO HEARING**

Plaintiff Wendy Johannson's declaration is unsigned. The declaration only bears an "/s/" above the signature line. Plaintiff is not a registered ECF filer. Pursuant to General Order 45, Sec. X.B., plaintiff either had to physically sign the declaration or her attorney had to attest that plaintiff concurred in the filing of the document. Plaintiff's counsel must bring a signed copy of plaintiff Johannson's declaration to the motion hearing. The substance of the declaration must be the same as that which was filed and appended to plaintiff's opposition to the motion for summary judgment.

**IT IS SO ORDERED.**

Dated: May 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE