IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY JOHANNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>WACHOVIA MORTGAGE, FSB, formerly known as World Savings Bank, FSB, DEREK WAYNE PHILIPS, doing business as DKP MORTGAGE, and JOSEPH STEVEN CANTER,<br><br>    Defendants.<br>                                        / | No. C 11-02822 WHA<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |

     Summary judgment was granted in favor of defendant Wachovia Mortgage, FSB. Two defendants remained. A notice of voluntary dismissal as to defendant Joseph Canter was submitted on May 7, 2012. A stipulation of dismissal was entered as to defendant Derek Wayne Phelps (erroneously sued as Derek Wayne Philips). Thus, no defendants remain. The pretrial conference set for May 14, 2012 and the trial set for May 21, 2012 is hereby **VACATED**.

     **IT IS SO ORDERED.**

Dated: May 14, 2012.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE