1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WENDY JOHANNSON,

   Plaintiff,

 v.

WACHOVIA MORTGAGE, FSB, formerly
known as World Savings Bank FSB, DEREK
WAYNE PHILIPS, doing business as DKP
MORTGAGE, and JOSEPH STEVEN CANTER,

   Defendant.

                       /

No. C 11-02822 WHA

**JUDGMENT**

  For the reasons stated in the order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Wachovia Mortgage, FSB and against Wendy Johannson.

  **IT IS SO ORDERED.**

Dated: May 14, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE