IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WENDY JOHANNSON,

    Plaintiff,

  v.

WACHOVIA MORTGAGE, FSB, formerly known as World Savings Bank FSB, DEREK WAYNE PHILIPS, d.b.a. as DKP MORTGAGE, and JOSEPH STEVEN CARTER,

    Defendants.

No. C 11-02822 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

Defendant Wachovia Mortgages, FSB, filed a motion for an award of attorney's fees on May 29, 2012. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition thereto was due June 12, 2012. None was received. Plaintiff Wendy Johannson is **ORDERED TO SHOW CAUSE** why the motion should not be granted for failure to oppose. Plaintiff must file a written response to this order by **JUNE 26, 2012**. If no response is filed, plaintiff's motion may be granted. The motion hearing set for July 12, 2012, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June 19, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE